IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUBMIA

| | |
|---|---|
| BIOCONVERGENCE LLC d/b/a<br>SINGOTA SOLUTIONS,<br><br>        Plaintiff,<br><br>  v.<br><br>HONEY JI'S, CORP.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:21-cv-02091<br>)<br>)<br>)<br>) |

**MOTION TO STAY PROCEEDINGS**

Plaintiff BioConvergence LLC d/b/a Singota Solutions ("Singota"), by counsel, respectfully moves the Court to stay these proceedings pending further activity in a related lawsuit in the United States District Court for the Southern District of Indiana (the "Indiana Federal Court"), and in support states:

1.   This lawsuit stems from a massive theft of confidential information and trade secrets by former Singota employee, Jaspreet Attariwala, on her way out the door to join a direct competitor, Emergent BioSolutions, Inc., and its wholly-owned subsidiary, Cangene biopharma LLC.

2.   Since February 27, 2019, Singota has been engaged in litigation with Attariwala in the State of Indiana. That litigation includes claims for breach of contract, trade secret misappropriation, and other related causes of action against Attariwala, in the lawsuit styled as *BioConvergence LLC d/b/a Singota Solutions v. Jaspreet Attariwala*, Case No. 1:19-cv-1745-SEB-MG (S.D. Ind.) (the "Attariwala Litigation").[1]

---

[1] The Attariwala Litigation began in Indiana state court and was removed to the Indiana Federal Court on April 30, 2019.

3. In the course of discovery and investigation in the Attariwala Litigation, Singota discovered that it has claims for trade secret misappropriation and other related claims against a corporate entity owned and operated by Attariwala, Honey Ji's Corp ("Honey Ji's"). Singota therefore moved for leave to add Honey Ji's as a defendant in the Attariwala Litigation on April 15, 2021.

4. On June 9, 2021, the Court in the Attariwala Litigation denied Singota leave to file an amended pleading to add Honey Ji's to the Attariwala Litigation based on the case management plan in place in that litigation.

5. Accordingly, on August 4, 2021, Singota filed suit against Honey Ji's in the Indiana Federal Court, styled as *BioConvergence LLC d/b/a Singota Solutions v. Honey Ji's Corp.*, Case No. 1:21-cv-2174-JMS-MG (the "First Honey Ji's Action").

6. Also on August 4, 2021, Singota filed the instant lawsuit against Honey Ji's (the "Second Honey Ji's Action"). Singota's purpose in filing the Second Honey Ji's Action is to preserve its claims against potential statute of limitations defenses, in the event the First Honey Ji's Action were dismissed for lack of personal jurisdiction in the Indiana Federal Court.

7. Singota now files this motion to stay the Second Honey Ji's Action pending further activity in the First Honey Ji's Action. If and when the First Honey Ji's Action proceeds on the merits, this litigation will likely become unnecessary, and Singota will voluntarily dismiss this action. On the other hand, if the First Honey Ji's Action does not proceed on the merits, Singota will move to lift the stay and proceed with litigation against Honey Ji's in this forum.

8. The issuance of a stay is in the interests of judicial economy and will preserve Singota's rights and interests with respect to its claims against Honey Ji's. On the other hand, no

party will be prejudiced by the issuance of the requested stay, nor will judicial resources be burdened.

9. The factual and legal support for this motion is set forth in Singota's Memorandum of Law in Support of Motion to Stay Proceedings, filed concurrently herewith and incorporated by reference.

WHEREFORE, Plaintiff BioConvergence LLC d/b/a Singota Solutions respectfully moves the Court to stay these proceedings and grant all other relief the Court deems appropriate.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

*/s/Christopher C. Murray*
Christopher C. Murray, IN0007
Justin A. Allen, IN0011
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
christopher.murray@ogletreedeakins.com
justin.allen@ogletreedeakins.com

*Attorneys for Plaintiff*
*BioConvergence LLC d/b/a Singota Solutions*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 10, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to any parties registered for receipt of electronic filings by operation of the Court's CM/ECF system.

  In addition, a copy of the foregoing was served via United States First Class Mail upon the following:

> Honey Ji's Corp.
> c/o Jaspreet Attariwala
> 1390 Kenyon St., NW, Unit 323
> Washington, D.C. 20010

            */s/ Christopher C. Murray*

48412083.1